6 A.3d 420

IN THE MATTER OF THOMAS JOSEPH HAGGERTY, AN
ATTORNEY AT LAW (ATTORNEY NO. 034181987).

October 8, 2010.

## ORDER

The Disciplinary Review Board having filed a certification of
Board Counsel pursuant to *Rule* 1:20–17(e)(1) reporting that
**THOMAS JOSEPH HAGGERTY,** of **SHORT HILLS,** who was
admitted to the bar of this State in 1987, has failed to pay the
administrative costs assessed in connection with disciplinary pro-
ceedings that resulted in the imposition of discipline by the
issuance of a letter of admonition in DRB 08–029 dated July 24,
2008, and good cause appearing;

It is ORDERED that **THOMAS JOSEPH HAGGERTY** be
temporarily suspended from the practice of law pending payment
in full of the assessed administrative costs and accrued interest as
determined by the Disciplinary Review Board, effective November
8, 2010, and until further Order of the Court; provided, however,
that this Order shall be vacated automatically if, prior to the
effective date of the suspension, the Disciplinary Review Board
reports that payment in full has been made or that a satisfactory
installment payment plan is in place and current; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that **THOMAS JOSEPH HAGGERTY** be re-
strained and enjoined from practicing law during the period of
suspension and that respondent comply with *Rule* 1:20–20.